## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

STEVEN D. CODY                                                                                       PETITIONER
ADC #145160

5:10CV00089 JLH/HDY

RAY HOBBS                                                                                            RESPONDENT
Director, Arkansas
Department of Correction

## ORDER

Petitioner has failed to file a Court approved application for leave to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED THAT Petitioner must submit either the $5.00 statutory filing fee, or a properly completed *in forma pauperis* application, no later than thirty (30) days after the entry date of this order. Petitioner's failure to comply with this order will result in a dismissal of this action without prejudice.[1]

The Clerk is hereby directed to immediately forward to Petitioner an *in forma pauperis* application.

IT IS SO ORDERED this   31   day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.